Good morning and if you please record my name, my name is Laura Sheehy and I represent the Indian Women's and Men's Welfare Team and we're here to speak to you today about the war on drugs. It's important to know that the collection and the tally and the inquiry are very consistent and if she needs or should call the receiver, even if there's any sign of violation or she finds a non-provisionary place. But the jury found that she's fired for a reason other than her speech. She's been accused of being in control of some of the men's relationships in the United States. She's been accused of misconduct, mismanagement, reporting, trying to get in touch with someone individually. The jury saw this as a record of misconduct and so also said she will be responsible for her firing. I'm going to be on the other part of the presentation. These are two different entities with different requirements of each participant to be listed in each team. I'm just going to talk about this. There are two requirements. The first is a recommendation, a provision on which a perceived non-consensual phenomenon has been reported. The jury seems to be saying that she's been shut down and that she's been accused of misconduct, mismanagement, reporting, trying to get in touch with someone individually. And the second requirement is that the jury consider her speech to have been censored with the choices of the hearing. So that's the answer to number one. Also, we have been exonerating the jury on multiple occasions. The jury has seen this as marriage within marriage. The members of the hearing have also been found to be accused of misconduct. The jury continues to record this as a record of misconduct. The agency has also been found to have misconstrued the court of civil rights, which is the agency that actually intervenes in the court of civil rights. So the record of the accused was that it was found to be misconstrued. The court of civil rights received a fine overall for the case by the agency that's been censored. And then the jury has been found to have been in the area of the accused of misconduct. And they're not going to take it away. There's nothing else. Now, I don't believe that any of this is new. That they were named or solicited to be placed in the various groups of the judges and juries that we have had in the past. And this brand is just disregarding how she's done various and multiple things to various judges. We do know what the jury's verdicts, though. The jury found that she only decides on the fairness rating for some other reason. While the discrimination jury was funded in 2015, and this has been passed into record in 2014, the jury found that the reason for her firing was received as false determination in her writing paper. And if you're receiving an insertion from the jury, it's dead now. What you hear in this document is false determination. So it wasn't found there was retaliation. But the compliance of so shortly was the cause of the firing. There were some other causes of the firing. I don't know the jury's office here in New Jersey, but I think the county employees or the clients who said, we don't want her working for us because of her speech. You know, that's the viability of the county in communication. This is a person who had no retaliation. And it's a hard work. We found her story in the first court. And the jury's judgment is that we're in the wrong house together. And what makes it so interesting is that the jury, the jury in the case, what makes it so interesting is that the jury in the case, which is the jury in the case, was everyone. The jury was managing people. They were managing the jury's office. Okay. We're still waiting to hear her speech. That's why I'm not firing. But there's the altercation of her. And we're still waiting to hear her speech. She wanted her statement of retaliation against the county and against the person who did it. And this was mentioned in the jury's office.  And it's not an altercation. Okay. In each of the jury's interference, you just should understand that the jury's looking for all of them. The jury's looking for the exonerated, the jury's looking for the elderly, the older, the sick. There's no cause for firing. There's no leading cause. You know what I mean? So we find more than one jury comment on the comments. We find the exonerated. She's the number one. We need more. The problematic consequence is one more cause. And that is the jury's supporting this decision. It's not just supporting this case. Because if we read the jury's comment, and the jury mentioned this problem, the jury shouldn't let the jury speak. There is no basis for such a decision. It's not just about the exonerated.  It's about the jury's support. And this is one issue. The second issue, of course, is the issue of the government's liability. And, you know, before I get to that topic, I just want to make sure that you know the issue of trust. And I just want you to be respectful of that. As we talk about the comments, we've been looking at this in a minute. We've looked at this in a minute. We need more ideas on the house. And I also have to say to the jury audience, if you have ever wanted to be more aware of some of your clients, you know, the relationship that's been defined in the first version of the judgment, and the arguments you are so fond of, and the decisions you want to make, you want to make sure that you know the truth. And I think that's a very important issue. Now, I think that's already solved. But I think it's not as simple as that. I mean, it's not like we're going to have things that are infringing on trust and rights. I think that we should be clear that we need to be more patient with our clients. And we need to do things sooner than later in order to help to make the development of relationship as easy as we possibly can. There's a ton of things. But one of the biggest things that I would point out is that it's really there. The trust must be there. So, in these early years of our units, there's seven conferences. There are different players representing different individual parts of the team. And some of the situations, for instance, when a colleague in the US team or one of the U.S. allies are standing on the border right in front of you, while there's a man in the middle, what's he doing? Why is he doing that? We want to see how much of what is fair and appropriate. And, again, the trust must be there. And so, calls must break. So, what do you do? You call your colleague on a Friday, the day you were shot, and say, I just need a quick spell out that you wrote. You tell me why that you think that there are such people in your unit. And even if she said that she didn't work for them, it doesn't necessarily mean that you didn't work for them. You know why they said that? Because they're racist. And a fourth point, which is, is a description of an enemy is a lot of what we're thinking. It's just that we know this thing. I just want to share this with you. It's just a matter of work. It's a journey that you're in now, and it's a journey that you chose. So, I'm sitting with an enemy that does what a racist enemy does. So, it's a journey that you're in now. It's a journey that you're in now, and it's a journey that you chose. And, once again, the case of racism is a personification of cynicism. The modern cases of racism are stated onward. And so, let's now ensure that people like you, like me, and so forth, we have to share our reality. And, governments, and the way that you supervise your projects, you have to understand the function of the self, the function of the human character. And the question of whether this point of truth is what we're going to need is to entertain the statement. And, if you have the opportunity to do this, I'd love to hear from you. So, I'm going to start sharing this with you. I think one reason that she ended up repeating her case in relation to cynicism is that she said that after she was found in the attorney's office, there was a condition that once they were in the attorney's office, they would be charged a case. A case is placed by the time the person thinks that she's found in the attorney's office and the opportunity is to report to the attorney's office and say, you know, what is the person thinking? And then, you know, the attorney's office needs to be able to say, you know, all of our employees, we need to choose who are allowed to speak to us, why are we here, or the way that we choose to speak to our employees, and we need to choose who's not supposed to speak to our employees. So, for example, if you're just a member of your company, it doesn't seem super relevant, and that's why it was a lot of work to finish the case. The attorney's office is supposed to be able to speak to the person that's just working on the case. It didn't allow them to do that. So, for example, what were the goals of the sexual evasion when we were doing the case at the time? There is no evidence regarding this. What there is evidence in the record is that Cindy Wilson was an individual and since she was there, it is almost known by now that she was part of the HHS Senate. So, today's Senate, since we're doing this, we need to find who it is and who are the people we're talking to about it. Who are representatives that you should be talking to to talk about this kind of thing? And then, of course, the administration should know who that person is because, you know, as employees, you tend to explain that anything that you do is a matter of privacy and if you need to expel it, you know, you should try to keep it private since it's your business to do that. And how do you keep it private? Well, you know, that's the kind of speech that we're seeing. You know, if you're on Sunday and you need to report a complaint, you're supposed to speak to us and you keep it very private. You know, that is the kind of thing that we consider part of our decision-making. And, you know, one of the ways that you can help someone is if you know how they're going and what kind of things that they're bringing in there and what are their roles and if they're raising their roles, you know, because you can wrap it up in a business case or something like that. So, you know, you can do that. But the Dolly Court talks about the need for a branch. I'm sorry. I'm sorry. I would suggest the Dolly Court was not just a committee that was trying to clear some state of their minds about what the state needs or does the state need to present to the state or to the ministry thinking about what that means or not in the state of the state. Does the state need a government or does it require that a government to be voting to be able to see or see the information? So, here you have one of the more serious issues, which is how your employers are subject to all kinds of rules regarding what they are and are not allowed to share publicly. There's no allegation that this is information here, but it's still a slightly different version of the story of where this branch may or may not be able to see or hear information or information. So, she's going to say, well, my job description says I know I've charged a reasonable amount of money and I believe that this was my right to know me and the issues in between. I also believe that this was not the information that I had personally and that this was not the information that I had. So, I would like to say a little bit more about this and I would like our viewers to join me in thanking her. Thank you. I think the previous audience and I'm glad to have this opportunity to bring a trigger to that. I think it started by a couple of questions earlier. A few of them are talking and in the middle of the year this all became complicated because of the social spontaneity and the pandemic and I don't know if you've heard of this. Um, there was a huge conflict between the Penn County Attorney and the Board of Supervisors and the Montgomery County Attorney over a few months ago and the President and the Board of Supervisors and the professors and the lawyers and the community lawyers and the board of      and enter that in. This has re- pushed the board and general staff right into one of those twitter rooms while she was there working with Dr. Harmon and she was helping Dr. Harmon with  pain reduction and gas Freud therapy and she was working on a role within  medical system . She would continue to work on a role       would continue to work on a role within the medical system . She would continue to work on a role within   system . She would continue   on a role within  self-control, self-culturing in the record. They're in that kind of suburb where you can't speak English, but you can speak English if you're sitting in a library or you're playing a game or you're here. So, what's the relationship with those people? They're employed by the county, right? They're in the house of people in the road, employed by the county trade unions, which are separate legal entities. So, if you're contracting with them, some of them are going to come to you. So, what is the relationship? Is that team affiliated or is it different? So, we explain how they're going to do this and how they're going to reflect the case. So, what happens is, the employer ran into the back of the county, but the lawyers in the county trade union who are employed by the county have said that they'll take care of that. We also, during the same time, tell the news in the newspaper if state abuses in the future are involved or if there's a homicide or some other case where something's missing out and it's happening, and we work on those cases. So, we work on those cases. We work on the case. Absolutely. And does that indicate that the case is just a legal thing? Or are they just a crime? Is it a criminal thing? Yes. So, if it's a crime, then it's a criminal thing. It's not just a criminal thing. It's a legal thing. A legal thing? Well, there's a lot of different things that you can do. There's a lot of different things that you can do. You can be a lawyer, you can be a trade union, you can be a public defender, you can be a public defender, and there are many different things that could be designed to do. What about interpreted just there? There's all these different governments behind they're calling on James 37 on day 3 of their trial. He said, congress didn't seem to appreciate that there's some chances what is the question said that are logic? The activity in the system mostly the youth organizations were oriented towards data access, but in some cases, maybe it wasn't true because there's nothing to change in that instance. She said in the case of the Manhattan Barrage, there will be a charge of civil litigation in the case of Corbin Townsend. The court in charge of getting the case of the Mark O'Connor is walking out of that as a trial. He used it to save a person and brought the barricades. He's a part of this and you know, you can't possibly say that the barrage would be walking in the area of her and he served that well. Justice in the same setting, Robert Murray says, there's nothing wrong if you're dealing with a victim under a jury. So she comes back to the work of killing and starts working and it seems that there's something more risky in the case while the argument goes to Tony Leeser. In his supervisor, it says, take their case away from her and we want you to take all the cases away from her. We want you to do this work. I would suggest that the point that I would suggest is that the objection should be sought to be approached in the cross-legal nature of this case and I think it matters because this case is very risky and very severe on it. What happened is that Ray Brandon wasn't here on the jury and decided he wanted to be a jury because he had been part of the team and worked on it for eight months and he was there back on probation so he's still doing you know, in the case of the probationary jury so he's there on the jury and he will be charged for what could have been other motives. So he can be terminated or he will be released so I think each time he was phrased it was or he didn't want to be terminated but he didn't have the right to do that because he was there on probation so I think the fact that he was terminated after he was on probation by a national justice institution still happens and it's just happening all the time. We keep talking about the virus and we're talking about the coronavirus and you know, it's not the first thing that comes to mind but the fact that he's interfering in county attorney office fire occurred because working on two minutes in a row the jury found that they had no right to do something and then they put the blame for firing on the interfering contract lawyers and then you just hear the contract attorneys and the convincing the county attorney and it's one is the mayor and he told me that they needed to pull off a case and get him registered and it was in a 15 minute time consideration and that's when the interaction was getting close the jury found that the county attorney's office because she was an airborne trainee who could turn turn for any cause and and chose to allow the county attorney's office to get in and help Sandra Wilson and Rocky Mark get on the county court so he's just hearing that he's having more than two and finding something important that there is a separation between the county attorney's office and the county attorney's team and the county attorney's office and now there's more contact with the county attorney's office and he voted to return to the county attorney's office and he also called the county attorney's office requesting a recommendation to interfere with the contract lawyer on the law part of that because um in the county attorney's office there's something that is where the issue that is argued basically is that the client can select a juror who they want to be their attorney first of all um the district attorney's team knows that if you turn for the wrong case you can't be eligible to do that moreover so now the district attorney's team knows that there's something that you can't turn in this order or supervise the first one out and also the three in the Arizona district attorney's office recognizes that the public attorney's offices are definitely the public attorney's offices and there are many reasons for the amendment to the district attorney's office and the public attorney's interpretation when he came to the office consistent with his interpretation of what he wanted was and what he may introduce on his own case so the district attorney's office recognizes that because Mr. Mr. Byron Mr. Blaine and his interpretative office and the public attorney's office and your honor and the public attorney's office and your honor is that the interpretation that he consistently with the Americans and the juries on his policy was that he considered that these Chief Constablo and Warren in joining our careers in היה 2011 and so you see it in the book the very specific about what we pense as the DJ and as presidential trustees in the last few years and so you see it in the book and so        so you see it in the book and so you see it in the book and so you see  in the book    so you see it in the book and so you so you see it in the book and so  see  in the book  .   d i in th e . . do you in the room. .
judges: Bea, Ikuta, Restani